# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM N. LUCY, ) <br> PERSONAL REPRESENTATIVE OF ) <br> ANNIE D. FOX, DECEASED, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> GUS B. THAMES, JR., *et al.*, ) <br> ) <br> **Defendants.** ) | CIVIL ACTION NO. 20-00450-KD-N |

## **JUDGMENT**

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED.

DONE and ORDERED this the 30th day of September 2021.

>s/ Kristi K. DuBose
>KRISTI K. DuBOSE
>CHIEF UNITED STATES DISTRICT JUDGE